## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

David T. Marx,
Roxanne M. Marx,   Case No. 10-64936
   Chapter 7
Debtors.   Honorable Thomas J. Tucker

_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.85 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Comcast<br>41112 Concept Dr.<br>Plymouth, MI 48170 | 2 | $4.85 |

Date: October 24, 2011

/s/ CHARLES J. TAUNT
CHARLES J. TAUNT, Trustee
700 East Maple Road
2nd Floor
Birmingham, MI 48009
(248) 647-1127